In The



Court of Appeals



Ninth District of Texas at Beaumont



 ______________________ 


 

NO. 09-07-023 CV


 ______________________


 

IN THE MATTER OF J.L.R.






On Appeal from the 317th District Court


 Jefferson County, Texas


Trial Cause No. C-10230-J






MEMORANDUM OPINION 


 J.L.R., a juvenile, has filed a written request to withdraw his notice of appeal because
he no longer desires to pursue an appeal. The request is signed by J.L.R., J.L.R.'s attorney,
and J.L.R.'s mother. The Court finds that this motion is voluntarily made by the appellant
prior to any decision of this Court and should be granted. We grant the request and dismiss
the appeal. See Tex. R. App. P. 42.1(a)(1).

 APPEAL DISMISSED.



 _________________________________

 DAVID GAULTNEY 

 Justice


Opinion Delivered July 26, 2007


Before McKeithen, C.J., Gaultney and Horton, JJ.